UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO.: 4:20-CR-124-23 |
| GUMECINDO RAMIREZ-PERALES ) | |

## PROPOSED ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the dates of June 14th thru 15th, July 28th thru August 6th, September 23rd thru October 1st, November 12th, and November 23rd thru 24th, 2021. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 5th day of May, 2021.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division